NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Steven M. Goldberg (State Bar No. 82174)
MARKUN ZUSMAN FRENIERE COMPTON LLP
3 Hutton Centre Dr., 9th Floor
Santa Ana, CA 92707
Telephone: (310) 454-5900

ATTORNEY(S) FOR: STARZ ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STARZ ENTERTAINMENT, LLC, Plaintiff, Plaintiff(s), v. MGM DOMESTIC TELEVISION DISTRIBUTION LLC, Defendant(s) | CASE NUMBER: 2:20-cv-4084 <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  STARZ ENTERTAINMENT, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Starz Entertainment, LLC ("STARZ"), | Plaintiff; |
| Lions Gate Entertainment Corporation, | Parent Company of Plaintiff; |
| MGM Domestic Television Distribution LLC, | Defendant; |
| MGM Holdings, Inc., | Parent Company of Defendant. |

May 4, 2020
Date

/s/ Steven M. Goldberg
Signature

Attorney of record for (or name of party appearing in pro per):

Steven M. Goldberg