AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division) | |
|---|---|---|
| DOCKET NO.<br>2:20-cv-4084 | DATE FILED<br>05/04/2020 | |
| PLAINTIFF<br>STARZ ENTERTAINMENT, LLC | DEFENDANT<br>MGM DOMESTIC TELEVISION DISTRIBUTION LLC | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attachment. | See attachment. | See attachment. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Print**   **Save As...**   **Reset**

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 1 | PA0000178969 | 10 TO MIDNIGHT | Kohner, Pancho; Hool, Lance; Thompson, J. Lee; Golan-Globus; Cannon Group, Inc.; Y&M Productions, Inc. |
| 2 | V3026P238 | ADVENTURES OF PRISCILLA QUEEN OF THE DESERT | Polygram Film International, BV.; Warner Brothers; Time Warner Entertainment Company, LP.; Warner Brothers |
| 3 | PA0001121181 | AGENT CODY BANKS | Zwart, Harold |
| 4 | PA0001204655 | AGENT CODY BANKS 2: DESTINATION LONDON | Sellers, Dylan; Nicksav, David; Zwart, Harald; MGM Home Entertainment, LLC |
| 5 | PA0000764145 | ALL DOGS GO TO HEAVEN 2 | Sabella, Paul; Leker, Larry; Olsen, Arne; Ward, Kelly; Young, Mark; Metro-Goldwyn-Mayer Animation, Inc. |
| 6 | PA0000337077 | ALLAN QUATERMAIN AND THE LOST CITY OF GOLD | Golan, Menaham;  Globus, Yoram; Nelson, Gary; Haggard, H. Rider; Golan-Globus; Cannon Group, Inc.; Cannon Films, Inc.; Cannon International, B. V. |
| 7 | PA0000276777 | AMERICAN NINJA | Firstenberg, Sam; Golan, Menaham; Globus, Yoram; Cannon Group, Inc.; Cannon Productions, N.V. |
| 8 | PA0000042581 | AMITYVILLE HORROR (1979), THE | American International Pictures, Inc. |
| 9 | PA0001271198 | AMITYVILLE HORROR (2005), THE | United Artists Pictures, LLC; Long Island Pictures, LLC; Long Island Productions, Inc. |
| 10 | PA0000940864 | ANTI-TRUST | Howitt, Peter; Hyde Park Entertainment; Industry Entertainment; Metro-Goldwyn-Mayer Pictures, Inc. |
| 11 | PA0000875340 | AT FIRST SIGHT | Winkler, Irwin; Metro-Goldwyn-Mayer Pictures, Inc. |
| 12 | PA0000934140 | AUTUMN IN NEW YORK | Chen, Joan; Lucchesi/Amy Robinson; Lakestone Entertainment; Metro-Goldwyn-Mayer Pictures, Inc. |
| 13 | PA0000314230 | AVENGING FORCE | Golan, Menaham; Globus, Yoram; Firstenberg, Sam; Cannon Films, Inc.; Cannon International, B.V.; Cannon Group, Inc. |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 14 | PA0000353149 | BABY BOOM | Meyers, Nancy; Shyer, Charles; United Artists Pictures, Inc. |
| 15 | PA0000298065 | BACK TO SCHOOL | Russell, Chuck; Metter, Alan; Paper Clip; Orion Pictures Corporation |
| 16 | PA0001057476 | BANDITS | Levinson, Barry; Empire Pictures; Lotus Pictures; Baltimore/Spring Creek Pictures; Cheyenne Enterprises; Metro-Goldwyn-Mater Pictures, Inc. |
| 17 | RE0000327123 | BAT MASTERSON; television motion picture. No. 1015-19B | Ziv Television Programs, Inc. |
| 18 | RE0000327124 | BAT MASTERSON; television motion picture. No. 1016-22B | Ziv Television Programs, Inc. |
| 19 | RE0000327135 | BAT MASTERSON; television motion picture. No. 1017-20B | Ziv Television Programs, Inc. |
| 20 | RE0000327119 | BAT MASTERSON; television motion picture. No. 1018-15B | Ziv Television Programs, Inc. |
| 21 | RE0000327120 | BAT MASTERSON; television motion picture. No. 1019-21B | Ziv Television Programs, Inc. |
| 22 | RE0000327121 | BAT MASTERSON; television motion picture. No. 1020-24B | Ziv Television Programs, Inc. |
| 23 | RE0000327122 | BAT MASTERSON; television motion picture. No. 1021-23B | Ziv Television Programs, Inc. |
| 24 | RE0000327097 | BAT MASTERSON; television motion picture. No. 1022-25B | Ziv Television Programs, Inc. |
| 25 | RE0000327098 | BAT MASTERSON; television motion picture. No. 1023-26B | Ziv Television Programs, Inc. |
| 26 | RE0000327099 | BAT MASTERSON; television motion picture. No. 1024-27B | Ziv Television Programs, Inc. |
| 27 | RE0000327100 | BAT MASTERSON; television motion picture. No. 1025-28B | Ziv Television Programs, Inc. |

|    | Copyright No.  | Title                                                    | Author of Work                 |
|----|----------------|----------------------------------------------------------|--------------------------------|
| 28 | RE0000327101   | BAT MASTERSON; television motion picture. No. 1026-4B    | Ziv Television Programs, Inc.  |
| 29 | RE0000327125   | BAT MASTERSON; television motion picture. No. 1027-30B   | Ziv Television Programs, Inc.  |
| 30 | RE0000327126   | BAT MASTERSON; television motion picture. No. 1028-31B   | Ziv Television Programs, Inc.  |
| 31 | RE0000327094   | BAT MASTERSON; television motion picture. No. 1029-29B   | Ziv Television Programs, Inc.  |
| 32 | RE0000327095   | BAT MASTERSON; television motion picture. No. 1030-35B   | Ziv Television Programs, Inc.  |
| 33 | RE0000327096   | BAT MASTERSON; television motion picture. No. 1031-34B   | Ziv Television Programs, Inc.  |
| 34 | RE0000327130   | BAT MASTERSON; television motion picture. No. 1032-36B   | Ziv Television Programs, Inc.  |
| 35 | RE0000327129   | BAT MASTERSON; television motion picture. No. 1033-37B   | Ziv Television Programs, Inc.  |
| 36 | RE0000327128   | BAT MASTERSON; television motion picture. No. 1034-32B   | Ziv Television Programs, Inc.  |
| 37 | RE0000327127   | BAT MASTERSON; television motion picture. No. 1036-33B   | Ziv Television Programs, Inc.  |
| 38 | RE0000327133   | BAT MASTERSON; television motion picture. No. 1038-40B   | Ziv Television Programs, Inc.  |
| 39 | RE0000327132   | BAT MASTERSON; television motion picture. No. 1039-38B   | Ziv Television Programs, Inc.  |
| 40 | RE0000327131   | BAT MASTERSON; television motion picture. No. 1040-41B   | Ziv Television Programs, Inc.  |
| 41 | RE0000327086   | BAT MASTERSON; television motion picture. No. 1041-44B   | Ziv Television Programs, Inc.  |
| 42 | RE0000327089   | BAT MASTERSON; television motion picture. No. 1042-39B   | Ziv Television Programs, Inc.  |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 43 | RE0000327090 | BAT MASTERSON; television motion picture. No. 1043-43B | Ziv Television Programs, Inc. |
| 44 | RE0000327091 | BAT MASTERSON; television motion picture. No. 1044-49B | Ziv Television Programs, Inc. |
| 45 | RE0000327092 | BAT MASTERSON; television motion picture. No. 1045-42B | Ziv Television Programs, Inc. |
| 46 | RE0000327093 | BAT MASTERSON; television motion picture. No. 1046-51B | Ziv Television Programs, Inc. |
| 47 | RE0000327134 | BAT MASTERSON; television motion picture. No. 1047-55B | Ziv Television Programs, Inc. |
| 48 | RE0000327087 | BAT MASTERSON; television motion picture. No. 1048-48B | Ziv Television Programs, Inc. |
| 49 | RE0000327088 | BAT MASTERSON; television motion picture. No. 1049-47B | Ziv Television Programs, Inc. |
| 50 | RE0000380651 | BAT MASTERSON; television motion picture. No. 1050-52B | Ziv-Television Programs, Inc. |
| 51 | RE0000380650 | BAT MASTERSON; television motion picture. No. 1051-57B | Ziv-Television Programs, Inc. |
| 52 | RE0000380661 | BAT MASTERSON; television motion picture. No. 1052-56B | Ziv-Television Programs, Inc. |
| 53 | RE0000380660 | BAT MASTERSON; television motion picture. No. 1053-58B | Ziv-Television Programs, Inc. |
| 54 | RE0000380659 | BAT MASTERSON; television motion picture. No. 1054-61B | Ziv-Television Programs, Inc. |
| 55 | RE0000380658 | BAT MASTERSON; television motion picture. No. 1055-60B | Ziv-Television Programs, Inc. |
| 56 | RE0000380657 | BAT MASTERSON; television motion picture. No. 1056-64B | Ziv-Television Programs, Inc. |
| 57 | RE0000380656 | BAT MASTERSON; television motion picture. No. 1057-59B | Ziv-Television Programs, Inc. |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 58 | RE0000380655 | BAT MASTERSON; television motion picture. No. 1058-63B | Ziv-Television Programs, Inc. |
| 59 | RE0000380654 | BAT MASTERSON; television motion picture. No. 1059-62B | Ziv-Television Programs, Inc. |
| 60 | RE0000380653 | BAT MASTERSON; television motion picture. No. 1060-65B | Ziv-Television Programs, Inc. |
| 61 | RE0000380652 | BAT MASTERSON; television motion picture. No. 1061-67B | Ziv-Television Programs, Inc. |
| 62 | RE0000380665 | BAT MASTERSON; television motion picture. No. 1062-69B | Ziv-Television Programs, Inc. |
| 63 | RE0000327083 | BAT MASTERSON; television motion picture. No. 1063-46B | Ziv Television Programs, Inc. |
| 64 | RE0000380664 | BAT MASTERSON; television motion picture. No. 1064-66B | Ziv-Television Programs, Inc. |
| 65 | RE0000380663 | BAT MASTERSON; television motion picture. No. 1065-68B | Ziv-Television Programs, Inc. |
| 66 | RE0000380662 | BAT MASTERSON; television motion picture. No. 1066-70B | Ziv-Television Programs, Inc. |
| 67 | RE0000380675 | BAT MASTERSON; television motion picture. No. 1067-71B | Ziv-United Artists, Inc. |
| 68 | RE0000380666 | BAT MASTERSON; television motion picture. No. 1068-72B | Ziv-Television Programs, Inc. |
| 69 | RE0000380674 | BAT MASTERSON; television motion picture. No. 1069-73B | Ziv-Television Programs, Inc. |
| 70 | RE0000380673 | BAT MASTERSON; television motion picture. No. 1070-54B | Ziv-Television Programs, Inc. |
| 71 | RE0000380672 | BAT MASTERSON; television motion picture. No. 1071-74B | Ziv-Television Programs, Inc. |
| 72 | RE0000380678 | BAT MASTERSON; television motion picture. No. 1072-53B | Ziv-United Artists, Inc. |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 73 | RE0000327085 | BAT MASTERSON; television motion picture. No. 1073-45B | Ziv Television Programs, Inc. |
| 74 | RE0000327084 | BAT MASTERSON; television motion picture. No. 1074-50B | Ziv Television Programs, Inc. |
| 75 | RE0000380677 | BAT MASTERSON; television motion picture. No. 1075-83B | Ziv-United Artists, Inc. |
| 76 | RE0000380676 | BAT MASTERSON; television motion picture. No. 1076-78B | Ziv-United Artists, Inc. |
| 77 | RE0000380671 | BAT MASTERSON; television motion picture. No. 1077-76B | Ziv-Television Programs, Inc. |
| 78 | RE0000380670 | BAT MASTERSON; television motion picture. No. 1078-84B | Ziv-Television Programs, Inc. |
| 79 | RE0000380669 | BAT MASTERSON; television motion picture. No. 1079-85B | Ziv-Television Programs, Inc. |
| 80 | RE0000380668 | BAT MASTERSON; television motion picture. No. 1080-86B | Ziv-Television Programs, Inc. |
| 81 | RE0000380667 | BAT MASTERSON; television motion picture. No. 1081-75B | Ziv-Television Programs, Inc. |
| 82 | RE0000380683 | BAT MASTERSON; television motion picture. No. 1082-89B | Ziv-United Artists, Inc. |
| 83 | RE0000380682 | BAT MASTERSON; television motion picture. No. 1083-90B | Ziv-United Artists, Inc. |
| 84 | RE0000380681 | BAT MASTERSON; television motion picture. No. 1084-77B | Ziv-United Artists, Inc. |
| 85 | RE0000380680 | BAT MASTERSON; television motion picture. No. 1085-92B | Ziv-United Artists, Inc. |
| 86 | RE0000380679 | BAT MASTERSON; television motion picture. No. 1086-80B | Ziv-United Artists, Inc. |
| 87 | RE0000380684 | BAT MASTERSON; television motion picture. No. 1087-81B | Ziv-United Artists, Inc. |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 88 | RE0000420789 | BAT MASTERSON; television motion picture. No. 1088-88B | Ziv-United Artists, Inc. |
| 89 | RE0000420791 | BAT MASTERSON; television motion picture. No. 1089-97B | Ziv-United Artists, Inc. |
| 90 | RE0000420792 | BAT MASTERSON; television motion picture. No. 1090-94B | Ziv-United Artists, Inc. |
| 91 | RE0000420790 | BAT MASTERSON; television motion picture. No. 1091-91B | Ziv-United Artists, Inc. |
| 92 | RE0000420797 | BAT MASTERSON; television motion picture. No. 1092-100B | Ziv-United Artists, Inc. |
| 93 | RE0000420796 | BAT MASTERSON; television motion picture. No. 1093-98B | Ziv-United Artists, Inc. |
| 94 | RE0000420795 | BAT MASTERSON; television motion picture. No. 1094-102B | Ziv-United Artists, Inc. |
| 95 | RE0000420794 | BAT MASTERSON; television motion picture. No. 1095-101B | Ziv-United Artists, Inc. |
| 96 | RE0000420793 | BAT MASTERSON; television motion picture. No. 1096-104B | Ziv-United Artists, Inc. |
| 97 | RE0000420802 | BAT MASTERSON; television motion picture. No. 1097-105B | Ziv-United Artists, Inc. |
| 98 | RE0000420801 | BAT MASTERSON; television motion picture. No. 1098-95B | Ziv-United Artists, Inc. |
| 99 | RE0000420800 | BAT MASTERSON; television motion picture. No. 1099-108B | Ziv-United Artists, Inc. |
| 100 | RE0000420799 | BAT MASTERSON; television motion picture. No. 1100-93B | Ziv-United Artists, Inc. |
| 101 | RE0000420798 | BAT MASTERSON; television motion picture. No. 1101-106B | Ziv-United Artists, Inc. |
| 102 | RE0000420806 | BAT MASTERSON; television motion picture. No. 1102-107B | Ziv-United Artists, Inc. |

|  | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 103 | RE0000420805 | BAT MASTERSON; television motion picture. No. 1103-99B | Ziv-United Artists, Inc. |
| 104 | RE0000420804 | BAT MASTERSON; television motion picture. No. 1104-96B | Ziv-United Artists, Inc. |
| 105 | RE0000420803 | BAT MASTERSON; television motion picture. No. 1105-103B | Ziv-United Artists, Inc. |
| 106 | RE0000420808 | BAT MASTERSON; television motion picture. No. 1107-87B | Ziv-United Artists, Inc. |
| 107 | RE0000420807 | BAT MASTERSON; television motion picture. No. 1108-82B | Ziv-United Artists, Inc. |
| 108 | RE0000283672 | BAT MASTERSON; TV motion picture. No. 1001-1B | Ziv Television Programs, Inc. |
| 109 | RE0000283673 | BAT MASTERSON; TV motion picture. No. 1002-5B | Ziv Television Programs, Inc. |
| 110 | RE0000283674 | BAT MASTERSON; TV motion picture. No. 1003-3B | Ziv Television Programs, Inc. |
| 111 | RE0000283675 | BAT MASTERSON; TV motion picture. No. 1004-7B | Ziv Television Programs, Inc. |
| 112 | RE0000283676 | BAT MASTERSON; TV motion picture. No. 1005-2B | Ziv Television Programs, Inc. |
| 113 | RE0000283677 | BAT MASTERSON; TV motion picture. No. 1006-11B | Ziv Television Programs, Inc. |
| 114 | RE0000283678 | BAT MASTERSON; TV motion picture. No. 1007-10B | Ziv Television Programs, Inc. |
| 115 | RE0000283679 | BAT MASTERSON; TV motion picture. No. 1008-12B | Ziv Television Programs, Inc. |
| 116 | RE0000283685 | BAT MASTERSON; TV motion picture. No. 1009-16B | Ziv Television Programs, Inc. |
| 117 | RE0000283680 | BAT MASTERSON; TV motion picture. No. 1010-18B | Ziv Television Programs, Inc. |

|     | Copyright No.   | Title                                            | Author of Work                                                                                                                                                                                          |
| --- | --------------- | ------------------------------------------------ | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 118 | RE0000283681    | BAT MASTERSON; TV motion picture. No. 1011-9B    | Ziv Television Programs, Inc.                                                                                                                                                                           |
| 119 | RE0000283682    | BAT MASTERSON; TV motion picture. No. 1012-6B    | Ziv Television Programs, Inc.                                                                                                                                                                           |
| 120 | RE0000283671    | BAT MASTERSON; TV motion picture. No. 1013-17B   | Ziv Television Programs, Inc.                                                                                                                                                                           |
| 121 | RE0000283670    | BAT MASTERSON; TV motion picture. No. 1014-14B   | Ziv Television Programs, Inc.                                                                                                                                                                           |
| 122 | RE0000283683    | BAT MASTERSON; TV motion picture. No. 1035-13B   | Ziv Television Programs, Inc.                                                                                                                                                                           |
| 123 | RE0000327127    | BAT MASTERSON; TV motion picture. No. 1036-13B   | MGM/UA Communications Company (Ziv Television Programming)                                                                                                                                              |
| 124 | RE0000283684    | BAT MASTERSON; TV motion picture. No. 1037-8B    | Ziv Television Programs, Inc.                                                                                                                                                                           |
| 125 | PA0001250841    | BE COOL                                          | Gray, F. Gary; Jersey Films; Double Feature Films; Metro-Goldwyn-Mayer Pictures, Inc.                                                                                                                   |
| 126 | PA0001266221    | BEAUTY SHOP                                       | Woodruff, Billie; Metro-Goldwyn-Mayer Pictures, Inc.                                                                                                                                                    |
| 127 | PA0000944467    | BEST MEN                                          | Krevoy, Brad; Stabler, Steve; Davis, Tamara; Orion Pictures Corporation; Independence, Inc.                                                                                                             |
| 128 | PA0000415661    | BILL & TED'S EXCELLENT ADVENTURE                 | Kroopf, Scott; Murphey, Michael S.; Soisson, Joel; Herek, Stephen; Matheson, Chris; Solomon, Ed; Nelson Entertainment; Interscope Communications; Soisson/Murphey Productions; Nelson Films, Inc.; B&T Productions, Ltd. |
| 129 | PA0000775031    | BIO-DOME                                         | Krevoy, Brad; Stabler, Steve; Bloom, Jason; Koenig, Kip; Marcano, Scott; Leff, Adam; Peck, Mitchell; Blumenthal, Jason; Motion Picture Corporation of America; Metro-Goldwyn-Mayer Pictures, Inc.        |

|   | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 130 | PA0000765891 | BIRDCAGE, THE | Nichols, Mike; Poiret, Jean; Veber, Francis; Molinaro, Edouard; Danon, Marcello; May, Elaine; Poiret, Jean; United Artists Pictures, Inc. |
| 131 | RE0000843740 | BLACK CAESAR | Larco Productions, Inc.; Orion Pictures Distribution Corporation |
| 132 | PA0000057931 | BLACK STALLION, THE | Roos, Fred; Sternberg, Tom; Ballard, Carroll; Coppola, Francis Ford; Farley, Walter; United Artists.; United Artists Corporation; American Zoetrope |
| 133 | RE0000825746 | BLACULA | American International Productions; FP Productions |
| 134 | PA0000376421 | BLOODSPORT | DiSalle, Mark; Arnold, Newt; Cannon Films, Inc.; Cannon International, B.V. |
| 135 | PA0000113263 | BLOW OUT | Litto, George; DePalma, Brian; Cinema 77; Geria; Viscount Associates; Filmways Pictures, Inc. |
| 136 | PA0000719419 | BLOWN AWAY | Hopkins, Stephen; Trilogy Entertainment Group; Metro-Goldwyn-Mayer Pictures, Inc.; Metro-Goldwyn-Mayer, Inc.; MGM Group Holdings Corporation |
| 137 | PAU001314760 | BLUE STEEL | True Steel, Inc. |
| 138 | PA0000312029 | BLUE VELVET | Caruso, Fred; Lynch, David; DeLaurentiis Entertainment Group, Inc.; Blue Velvet Productions, S.A. |
| 139 | PA0001151097 | BOWLING FOR COLUMBINE | Moore, Michael; Alliance Atlantic; United Arts; Dog Eat Dog Films; Iconolatry Productions, Inc. |
| 140 | RE0000899520 | BREAKHEART PASS | EK Corporation; Metro-Goldwyn-Mayer Studios, Inc. |
| 141 | RE0000917340 | BRIDGE TOO FAR, A | Joseph E. Levine Presents, Inc.; Metro-Goldwyn-Mayer Studios, Inc. |
| 142 | PA0000392721 | BULL DURHAM | Mount, Thom; Burg, Mark; Shelton, Ron; Mount Company; Orion Pictures Corporation |
| 143 | PAU002717309 | BULLETPROOF MONK | Chopra, Gotham; Metro-Goldwyn-Mayer Pictures, Inc. |
| 144 | PA0000271755 | CARE BEARS MOVIE, THE | American Greetings Corporation; CPG Products Corporation |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 145 | RE0000899526 | CARRIE (1976) | Red Bank Films, Inc.; Metro-Goldwyn-Mayer Studios, Inc. |
| 146 | PA0001108313 | CARRIE (2002) | Carson, David; MGM Global Holdings, Inc. |
| 147 | PA0000409447 | CHILD'S PLAY (1988) | Holland, Tom; Kirschner, David; United Artists Pictures, Inc. |
| 148 | PAU001682694 | CHINA MOON | Orion Pictures Corporation |
| 149 | RE0000730350 | CHITTY CHITTY BANG BANG | Metro-Goldwyn-Mayer, Inc. |
| 150 | RE0000700189 | CLAMBAKE | Rhodes Pictures, Inc.; Levy-Gardner-Laven Productions, Inc. |
| 151 | PA0000190826 | CLASS | Ransohoff, Martin; Carlino, Lewis John; Orion Pictures Corporation; Albacore Productions, Inc. |
| 152 | PA0000265462 | CODE OF SILENCE | Wagner, Raymond; Davis, Andrew; Orion Pictures Corporation |
| 153 | PA0000371960 | COLORS | Hopper, Dennis; Solo, Robert H.; Lewis, Paul; Orion Pictures Corporation; |
| 154 | PA0000847031 | CROCODILE HUNTER: COLLISION COURSE, THE | Stainton, John; Best Picture Show Company; Cheyenne Enterprises; Metro-Goldwyn-Mayer Pictures, Inc.; Crocman Productions, Pty. Ltd. |
| 155 | PA0000568615 | CUTTING EDGE, THE | MGM-Pathe Communications Company; Glaser, Paul M.; Interscope Communications |
| 156 | PA0000488872 | DANCES WITH WOLVES | Costner, Kevin; TIG Productions, Inc. |
| 157 | PAU002584656 | DARK BLUE | Ayer, David; Ellroy, James; IM Filmproduktions; Vertriebs Film, GmbH & Co. KG; In Policy Productions, Inc. |
| 158 | PA0000626692 | DARK HALF, THE | Romero, George A.; Orion Pictures Corporation |
| 159 | V00200238100068 | DEATH RIDES A HORSE | Vincenzoni, Luciano |
| 160 | PA0000274566 | DEATH WISH 3 | Golan, Menahem; Globus, Yoram; Winner, Michael; Cannon Group, Inc.; Cannon Productions, N.V. |
| 161 | PA0000376425 | DEATH WISH 4: THE CRACKDOWN | Thompson, J. Lee; Kohner, Pancho; Golan-Globus; Cannon Films, Inc.; Cannon International; Cannon Productions, N.V. |

|  | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 162 | PA0000130746 | DEATH WISH II | Golan, Menahem; Globus, Yoram; Winner, Michael; Landers; City Films; Roberts; American-European Productions, Inc. |
| 163 | PA0000538833 | DELIRIOUS | Donner, Richard; Mankiewicz, Tom; MGM-Pathe-Communications Company; Metro-Goldwyn-Mayer Pictures |
| 164 | PA0001226856 | DE-LOVELY | Winkler, Irwin; United Artists Films, Inc.; De-Lovely, Ltd. |
| 165 | PA0000505170 | DELTA FORCE 2: THE COLUMBIAN CONNECTION | Norris, Aaron; Globus-Pearce; MGM-Pathe Communications Company; Cannon Entertainment, Inc. |
| 166 | PA0000298070 | DELTA FORCE, THE | Golan, Menahem; Globus, Yoram; Cannon Group, Inc.; Cannon Films, Inc.; Cannon International, B.V.; Cannon Productions, N.V. |
| 167 | PA0000265465 | DESPERATELY SEEKING SUSAN | Winkler, Irwin; United Artists Films, Inc.; Orion Pictures Corporation |
| 168 | RE0000808180 | DIAMONDS ARE FOREVER | Danjaq, SA; Danjaq, LLC; United Artists Corporation |
| 169 | PA0001080533 | DIE ANOTHER DAY | Tamahori, Lee; Danjaq, LLC; United Artists Corporation |
| 170 | PA0000584868 | DIGGSTOWN | Ritchie, Michael; Wise, Leonard; Schaffel/Eclectic Films; Metro-Goldwyn-Mayer, Inc.; Metro-Goldwyn-Mayer Pictures, Inc. |
| 171 | PA0000409349 | DIRTY ROTTEN SCOUNDRELS | Orion Pictures Corporation |
| 172 | PA0000889418 | DIRTY WORK | Simonds, Robert; Grey, Brad; Saget, Bob; MacDonald, Norm; Metro-Goldwyn-Mayer Pictures, Inc.; MGM Television Funding, Inc. |
| 173 | PA0000799067 | DISTURBING BEHAVIOR | Nutter, David; Rosenberg, Scott; Beacon Communications; Village Roadshow; Hoyts Film Partnership; Metro-Goldwyn Mayer Pictures, Inc. |
| 174 | PA0000542912 | DOUBLE IMPACT | Lettich, Sheldon; Amritraj, Ashok; Damme, Jean-Claude Va; VanDamme, Jean-Claude; Stone Group Pictures |
| 175 | RE0000469542 | DR. NO | Eon Productions, Ltd.; United Artists Company; Danjag, S.A. |

|   | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 176 | PA0000085850 | DRESSED TO KILL | Litto, George; DePalma, Brian; Arkoff, Samuel Z.; Filmways Pictures, Inc.; Cinema 77; Warwick Associates |
| 177 | RE0000810081 | DUCK, YOU SUCKER | Rafran Cinematografica, SPA |
| 178 | RE0000825654 | EVERYTHING YOU ALWAYS WANTED TO KNOW ABOUT SEX | United Artists Corporation; Metro-Goldwyn-Mayer Studios, Inc. |
| 179 | PA0000312195 | EXTREMITIES | Sugarman, Burt; Young, Robert M.; Mastrosimone, William; Atlantic Entertainment Group; Wolfkill Productions, Inc. |
| 180 | PA0000293334 | F/X | Fayed, Dodi; Wiener, Jack; Mandel, Robert; Orion Pictures Corporation |
| 181 | PA0000255321 | FALCON AND THE SNOWMAN, THE | Katzka, Gabriel; Schlesinger, John; Teets, Edward; Lindsey, Robert; Hemdale; Orion Pictures Corporation |
| 182 | PAU003147774 | FAME (2009) | United Artists Production Finance LLC; Lakeshore Entertainment Group LLC |
| 183 | PAU002038312 | FARGO (1996) | Polygram Filmed Entertainment Distribution, Inc. |
| 184 | PA0000359265 | FATAL BEAUTY | Kroll, Leonard; Holland, Tom; Metro-Goldwyn-Mayer Pictures, Inc. |
| 185 | RE0000808182 | FIDDLER ON THE ROOF | Mirisch Productions, Inc.; Cartier Productions, Inc.; Metro-Goldwyn-Mayer Studios, Inc. |
| 186 | PA0000428904 | FISH CALLED WANDA, A | Fish Productions |
| 187 | RE0000581079 | FISTFUL OF DOLLARS, A | Unidis S.A.R.L./Jolly Film, S.A.R.L. |
| 188 | PA0000776194 | FLAWLESS | Schumacher, Joel; Tribeca; Metro-Goldwyn-Mayer Pictures, Inc. |
| 189 | PA0000795736 | FLED | Mancuso, Frank, Jr.; Hooks, Kevin; Whitmore, Preston A. 2nd; Metro-Goldwyn-Mayer Pictures, Inc. |
| 190 | PA0000288766 | FLESH + BLOOD | Verluys, Gys; Verhoeven, Paul; Riverside Pictures; Impala, S.A.; Orion Pictures Corporation |
| 191 | PA0000767551 | FLUKE | Carlei, Carlo; Carrington, James; Rocket Pictures; Metro-Goldwyn-Mayer, Inc. |

|   | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 192 | PA0000598680 | FOR A FEW DOLLARS MORE | Leone, Sergio; Morsella, Fulvic |
| 193 | PA0000488087 | FOR US, THE LIVING | Rotcop, J. Kenneth; Schultz, Michael; Fries Entertainment, Inc. |
| 194 | PA0000108671 | FOR YOUR EYES ONLY | Broccoli, Albert R.; Glen, John; Danjaq, S.A. |
| 195 | PA0000126933 | FRENCH LIEUTENANT'S WOMAN, THE | Reisz, Karel; Clore, Leon; Fowles, John; Juniper Films; Parlon Productions, Ltd. |
| 196 | LP0000046633 | FRIDAY FOSTER | Marks, Arthur |
| 197 | RE0000882767 | FROM NOON TILL THREE | Frankovich Productions, Inc.; Metro-Goldwyn-Mayer Studios, Inc. |
| 198 | PA0000856540 | GANG RELATED | Krevoy, Brad; Stabler, Steven; Kout, Jim; Orion Pictures Corporation; Gang Related, Inc. |
| 199 | PA0000767548 | GET SHORTY | Sonnenfeld, Barry; Jersey Films; Metro-Goldwyn-Mayer Pictures, Inc. |
| 200 | PA0000691976 | GETTING EVEN WITH DAD | Deutch, Howard; Jacobs/Gardner; Metro-Goldwyn-Mayer, Inc.; MGM Assets, Inc.; MGM Group Holdings, Inc. |
| 201 | PA0001013913 | GHOST WORLD | Zwigoff, Terry; Clowes, Daniel; United Artists Films, Inc. |
| 202 | PA0000241784 | GHOULIES | Band, Charles; Levy, Jefery; Bercovici, Luca; Ghoulies Productions, Inc. |
| 203 | PA0000351853 | GHOULIES II | Band, Charles; Band, Albert; Taryn Productions, Inc. |
| 204 | PA0001397651 | GOLDENEYE | Campbell, Martin; Danjaq, Inc.; United Artists Corporation |
| 205 | RE0000674687 | GOOD, THE BAD AND THE UGLY, THE | PEA; Produzioni Europee Associate; Alberto Grimaldi Productions, SA |
| 206 | PA0000025161 | GREAT TRAIN ROBBERY, THE | Foreman, John; Crichton, Michael; DeLaurentiis, Dino; United Artists Corporation; Famous Films, N. V. |
| 207 | RE0000724516 | GUNS OF THE MAGNIFICENT SEVEN | Mirisch Productions, Inc.; Metro-Goldwyn-Mayer, Inc. |
| 208 | PA0000791392 | HACKERS | Softley, Lain; United Artists Pictures, Inc. |
| 209 | PA0000048167 | HAIR | Persky, Lester; Butler, Michael; Forman, Milos; United Artists; CIP Film Produktions, G.m.b.H. |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 210 | RE0000731175 | HANG 'EM HIGH | Leonard Freeman Productions; Rose Freeman Revocable Trust; Leonard Freeman Trust |
| 211 | PA0001039954 | HANNIBAL | Harris, Thomas; Metro-Goldwyn-Mayer Pictures, Inc. |
| 212 | PA0000013669 | HARD RIDE, THE | Hanawalt, Charles; Sparks, Robert; Hatcher, Harley; Crane, Kenneth; Topper, Burt; Burwalt Productions |
| 213 | PA0001038291 | HART'S WAR | Hoblit, Gregory; Katzenbach, John; David Ladd Films; David Foster Productions; Cheyenne Enterprises; Metro-Goldwyn-Mayer Pictures, Inc. |
| 214 | PA0001022096 | HEARTBREAKERS (2001) | Ong, Irving; Mirkin, David; Davis Entertainment Company; Metro-Goldwyn-Mayer Pictures, Inc. |
| 215 | PA0001353814 | HOME OF THE BRAVE | Friedman, Mark; Home of the Brave Productions, Inc. |
| 216 | PA0000671315 | HOODLUM | Mancuso, Frank, Jr.; Duke, Bill; United Artists Pictures, Inc. |
| 217 | RE0000330633 | HORSE SOLDIERS, THE | Mirisch Company, Inc.; MGM/UA Communications Company |
| 218 | RE0000705124 | HOUR OF THE GUN | Mirisch-Kappa;Metro-Goldwyn-Mayer, Inc. |
| 219 | PA0000410366 | I'M GONNA GIT YOU SUCKA | McCarthy, Peter; Craig, Carl; Wayans, Keenen Ivory; Raymond Katz Enterprises; United Artists Pictures, Inc.; Ivory Way, Inc. |
| 220 | PA0001267190 | INTO THE BLUE | Stockwell, John; Mandalay Pictures; Metro-Goldwyn-Mayer Pictures, Inc.; Columbia Pictures Industries, Inc. |
| 221 | PA0000038144 | INVASION OF THE BODY SNATCHERS | Solo, Robert H.; Kaufman, Philip; Finney, Jack; Transamerica; United Artists Corporation; Solofilm Company |
| 222 | PA0000281301 | INVASION U.S.A. | Golan, Menahem; Globus, Yoram; Zito, Joseph; Cannon Films, Inc. |

|     | Copyright No. | Title | Author of Work |
|-----|---------------|-------|----------------|
| 223 | PA0001390328 | JACKIE ROBINSON STORY, THE | Legend Films, Inc. |
| 224 | PA0001033409 | JEEPERS CREEPERS | Jeepers Creepers, Inc. |
| 225 | PA0001271536 | JEEPERS CREEPERS 2 | MGM Home Entertainment, LLC |
| 226 | PA0000373592 | JOHNNY BE GOOD | Fields, Adam; Chernov, Jeffrey; Smith, Bud; Buhai, Jeff; Orion Pictures Corporation |
| 227 | RE0000347634 | JOURNEY TO THE CENTER OF THE EARTH | Joseph M. Schenck Enterprises, Inc.; Twentieth Century-Fox Film Corporation |
| 228 | PAU001750300 | KALIFORNIA | Polygram Filmed Entertainment Productions, Inc. |
| 229 | PA0000441158 | KILL ME AGAIN | Propoganda Films |
| 230 | PA0000392221 | KILLER KLOWNS FROM OUTER SPACE | Chiodo, Edward; Chiodo, Stephen; Chiodo, Charles; Chiodo Brothers; TWE Productions, Inc.; Trans World Entertainment |
| 231 | V8003P629 | LADY VANISHES, THE | Carlton Film Distributors, Ltd.; Gainsborough Pictures (1928) Ltd. |
| 232 | PA0000788281 | LARGER THAN LIFE | Franklin, Howard; Trilogy/RCS/Majestic Pictures; Trilogy Entertainment Group; United Artists Pictures, Inc. |
| 233 | PA0001134180 | LEGALLY BLONDE 2: RED, WHITE & BLONDE | Platt, Marc; Herman-Wurmfeld, Charles; Wurmfeld, Charles Herman; Type A Films; Metro-Goldwyn-Mayer Pictures, Inc. |
| 234 | PA0000496762 | LICENCE TO KILL | Danjaq and United Artists Company |
| 235 | PA0000260380 | LIFEFORCE | Golan, Menahem; Globus, Yoram; Hooper, Tobe; Wilson, Colin; Easedram, Ltd. |
| 236 | PA0000548664 | LITTLE MAN TATE | Rudin, Scott; Foster, Jodie; Rajski, Peggy; Orion Pictures Corporation |
| 237 | RE0000843144 | LIVE AND LET DIE | Danjaq, SA; Danjaq, LLC; United Artists Corporation |
| 238 | PA0000345071 | LIVING DAYLIGHTS, THE | Danjaq, S.A., & United Artists Company |
| 239 | PA0000198873 | LONE WOLF MCQUADE | Ben-Ami,Yoram; Carver, Steve; Top Kick Productions; Orion Pictures Corporation; Lone Wolf McQuade Associates; 1818 Productions, Inc. |

|     | Copyright No. | Title | Author of Work |
|-----|---------------|-------|----------------|
| 240 | PA0000644130 | LORD OF ILLUSIONS, CLIVE BARKER'S | Barker, Clive;  Seraphim; United Artists Pictures, Inc.; Lord of Illusions Productions, Inc. |
| 241 | PA0000069372 | MAD MAX | Kennedy, Byron; Miller, George; Arkoff, Samuel Z.; American International.; Crossroads International Finance Company, N.V. |
| 242 | RE0000386819 | MAGNIFICENT SEVEN (1960), THE | Mirisch-Alpha.; United Artists Pictures, Inc. |
| 243 | LP41102 | MAGNIFICENT SEVEN RIDE!, THE | Mirisch Productions, Inc.; United Artists Corp. |
| 244 | PA0000822340 | MAN IN THE IRON MASK, THE | Wallace, Randall; Dumas, Alexandre; United Artists Corporation, Ltd.; United Artists Pictures, Inc. |
| 245 | RE0000862617 | MAN WITH THE GOLDEN GUN, THE | Danjaq, SA; United Artists Corporation; Danjaq, LLC |
| 246 | RE0000463459 | MANCHURIAN CANDIDATE, THE | MC Productions; Frank Sinatra Trust Number 10 |
| 247 | PA0000470447 | MIAMI BLUES | Armitage, George; Tristes Tropiques; Orion Pictures Corporation |
| 248 | RE0000767089 | MIDNIGHT COWBOY | Jerome Hellman Productions, Inc. |
| 249 | PA0000248444 | MISSING IN ACTION | Golan, Menahem; Globus, Yoram; Zito, Joseph; Cannon Productions, N.V. |
| 250 | PA0000266710 | MISSING IN ACTION 2: THE BEGINNING | Golan, Menahem; Globus, Yoram; Hool, Lance; Cannon Group, Inc.; Cannon Productions, N.V. |
| 251 | PA0000409351 | MISSISSIPPI BURNING | Parker, Alan; Zollo, Frederick; Orion Pictures Corporation |
| 252 | RE0000899521 | MISSOURI BREAKS, THE | EK Corporation |
| 253 | PA0000927234 | MOD SQUAD, THE | Silver, Scott; Metro-Goldwyn-Mayer Pictures, Inc. |
| 254 | PA0000383803 | MONKEY SHINES: AN EXPERIMENT IN FEAR | Evans, Charles; Romero, George A.; Stewart, Michael; Orion Pictures Corporation |
| 255 | PA0000038138 | MOONRAKER | Danjaq, S.A. |
| 256 | PA0000360416 | MOONSTRUCK | Palmer, Patrick; Jewison, Norman; Metro-Goldwyn-Mayer Pictures, Inc.; Metro-Goldwyn-Pictures, Inc. |

|     | Copyright No. | Title | Author of Work |
|-----|---------------|-------|----------------|
| 257 | PA0000096934 | MOTEL HELL | Jaffe, Steven-Charles; Jaffe, Robert; Connor, Kevin; Camp Hill; United Artists Corporation; Motel Hello Company |
| 258 | PA0000184102 | MR. MOM | Spelling, Aaron; Loring, Lynn; Shuler, Lauren; Colomby, Harry; Dragoti, Stan; Sherwood Productions, Inc. |
| 259 | PA0000393136 | MYSTIC PIZZA | Levinson, Mark; Rosenfelt, Scott; Petrie, Donald; Goldwyn, Samuel, Jr.; Night Life, Inc.; Samuel Goldwyn Company |
| 260 | LP46900 | NAVAJO JOE | Dino De Laurentiis Cinematografica, S.P.A; C.B. Films, S.A. |
| 261 | PA0000204435 | NEVER SAY NEVER AGAIN | Schwartzman, Jack; Kershner, Irvin; McClory, Kevin; Whittingham, Jack; Fleming, Ian; European Banking Company, Ltd.; Manufacturers Hanover, Ltd.; M.F.I. Group; Midland Montagu Leasing, Ltd.; First National Bank of Chicago. London Branch; Taliafilm |
| 262 | PA0001107584 | NICHOLAS NICKLEBY | McGrath, Douglas; United Artists; Hart Sharp Entertainment; Cloud Nine Films; United Artists Films, Inc.; Nicholas Nickleby, Ltd. |
| 263 | PA0000360373 | NO MAN'S LAND | Stern, Joseph; Wolf, Dick; Werner, Peter; Orion Pictures Corporation |
| 264 | PA0000351148 | NO WAY OUT | Ziskin, Laura; Garland, Robert; Donaldson, Roger; Fearing, Kenneth; Neufeld-Ziskin Garland; Orion Pictures Corporation |
| 265 | PA0000180585 | OCTOPUSSY | Danjaq, S.A. |
| 266 | RE0000330641 | OKLAHOMA TERRITORY | Premium Pictures, Inc.; MGM/UA Communications Company |
| 267 | RE0000751473 | ON HER MAJESTY'S SECRET SERVICE | Danjaq, SA; Danjaq, LLC; United Artists Corporation |
| 268 | RE0000808178 | ORGANIZATION, THE | Mirisch Productions, Inc.; Metro-Goldwyn-Mayer Studios, Inc. |
| 269 | PAU002084260 | ORIGINAL GANGSTAS | Hammertime Productions |
| 270 | PAU002768773 | OUT OF TIME | Franklin, Carl; Original Film; Monarch Pictures; |

| | Copyright No. | Title | Author of Work |
|---|---|---|---|
| | | | Metro-Goldwyn-Mayer Pictures, Inc. |
| 271 | PA0000373603 | OVERBOARD | Rose, Alexknora; Sylbert, Anthea; Marshall, Garry; Metro-Goldwyn-Mayer Pictures, Inc. |
| 272 | PA0000435914 | PACKAGE, THE | Davis, Andrew; Camhe, Beverly J.; Haggerty, Tobie; Bishop, John; Orion Pictures Corporation; Package Productions, Inc. |
| 273 | PAU001981940 | PEBBLE AND THE PENGUIN, THE | Invicom, Ltd. |
| 274 | RE0000523059 | PINK PANTHER (1964), THE | Mirisch-G & E Productions.; MGM-Pathe Communications Company; Geoffrey Productions, Inc. |
| 275 | PA0001279013 | PINK PANTHER, THE | Metro-Goldwyn-Mayer Pictures, Inc. |
| 276 | PA0000290951 | POLTERGEIST II: THE OTHER SIDE | M G M Entertainment Company |
| 277 | PA0000392699 | POLTERGEIST III | Bernardi, Barry; Sherman, Gary; Metro-Goldwyn-Mayer Pictures, Inc. |
| 278 | PA0000235143 | POPE OF GREENWICH VILLAGE, THE | Kirkwood, Gene; Rosenberg, Stuart; Patrick, Vincent; Koch; United Artists Corporation |
| 279 | PAU001789561 | POSSE | PolyGram Filmed Entertainment Production, Inc. |
| 280 | PA0000410378 | PUMPKINHEAD | Winston, Stan; Blake, Billy; MGM/UA, Inc.; Lion Films & TV Company |
| 281 | PAU001872108 | PUMPKINHEAD II: BLOOD WINGS | Motion Picture Corporation of America |
| 282 | PA0000265463 | PURPLE ROSE OF CAIRO, THE | Rollins, Jack; Joffe, Charles H.; Greenhut, Robert; Allen, Woody; Orion Pictures Corporation |
| 283 | PA0000499972 | QUIGLEY DOWN UNDER | Wincer, Simon; MGM-Pathe Communications Company; Pathe Entertainment, Inc. |
| 284 | PA0000318228 | RADIO DAYS | Rollins, Jack; Joffe, Charles H.; Greenhut, Robert; Allen, Woody; Orion Pictures Corporation |
| 285 | PA0000921108 | RAGE: CARRIE 2, THE | Shea, Katt; Red Bank Films; United Artists Pictures, Inc. |

|     | Copyright No. | Title | Author of Work |
|-----|---------------|-------|----------------|
| 286 | PA0000106047 | RAGING BULL | Winkler, Irwin; Chartoff, Robert; Savage, Peter; Scorsese, Martin; LaMotta, Jake; Carter, Joseph; United Artists Corporation |
| 287 | PA0000412484 | RAIN MAN | United Artists Pictures, Inc. |
| 288 | PA0000226666 | RED DAWN (1984) | Beckerman, Sidney; Feitshans, Buzz; Beckerman, Barry; Milius, John; Valkyrie; United Artists Corporation |
| 289 | PA0001776812 | RED RIDING HOOD | Hardwicke, Catherine; WB Studio Enterprises Inc.; Warner Bros. Entertainment Inc.; Warner Bros. Pictures |
| 290 | PA0000380472 | RED RIVER | The Hot Paint Company |
| 291 | PA0000288762 | REMO WILLIAMS: THE ADVENTURE BEGINS... | Clark, Dick; Spiegel, Larry; Goldstein, Judy; Hamilton, Guy; Bergman, Mel; Sapir, Richard; Murphy, Warren; Orion Pictures Corporation |
| 292 | PA0001382656 | RESCUE DAWN | Top Gun Productions, LLC |
| 293 | PA0000970307 | RETURN TO ME | Hunt, Bonnie; JLT; Metro-Goldwyn-Mayer Pictures, Inc. |
| 294 | RE0000210237 | RIVER OF DEATH | Revue Productions, Inc.; Universal City Studios, Inc. |
| 295 | PA0000420572 | ROAD HOUSE | Herrington, Rowdy; Silver Pictures; United Artists Pictures, Inc. |
| 296 | PA0000339894 | ROBOCOP (1987) | Davison, Jon; Schmidt, Arne; Neumeier, Edward; Verhoeven, Paul;  Orion Pictures Corporation |
| 297 | PA0000900338 | RONIN | Frankenheimer, John; FGM Entertainment; United Artists Pictures, Inc. |
| 298 | RE0000767081 | SABATA | Pea Produzioni Europee Associate, SAS |
| 299 | V2122P138 | SABOTAGE | Hitchcock, Alfred |
| 300 | PA0000148343 | SECRET OF NIMH, THE | Bluth, Don; Pomeroy, John; Goldman, Gary; O'Brien, Robert C.; Mrs. Brisby, Ltd; Aurora Productions, Inc. |
| 301 | RE0000238954 | SHE-DEVIL | Twentieth Century-Fox Film Corporation.; National Telefilm Associates, Inc. |

|  | Copyright No. | Title | Author of Work |
|---|---|---|---|
| 302 | PA0001226855 | SLEEPOVER | Nussbaum, Joe; Landscape Entertainment; Weinstock Productions; Metro-Goldwyn-Mayer Pictures, Inc. |
| 303 | PA0000412991 | SOME GIRLS | Metro-Goldwyn-Mayer Pictures, Inc.; Oxford, Inc., Compagne de Film |
| 304 | PA0000327341 | SOMETHING WILD (1986) | Demme, Jonathan; Utt, Kenneth; Orion Pictures Corporation |
| 305 | PA0001217373 | SOUL PLANE | Terrero, Jessy; Metro-Goldwyn-Mayer Pictures, Inc.; Turbo Productions, Inc. |
| 306 | PA0000644137 | SPECIES | Mancuso, Frank, Jr.; Donaldson, Roger; Metro-Goldwyn-Mayer Pictures, Inc. |
| 307 | PA0000849723 | SPECIES II | Medak, Peter; FGM Entertainment; Metro-Goldwyn-Mayer Pictures, Inc. |
| 308 | PA0001264086 | SPECIES III | Turner, Brad; Metro-Goldwyn-Mayer Home Entertainment, LLC; Sarafilms Productions, Inc. |
| 309 | PA0003142683 | SPECIES: THE AWAKENING | Ripley, Ben; MGM Television Entertainmnet, Inc.;Cuatro Productions, LLC; 360 Pictures, LLC |
| 310 | PA0000729583 | STARGATE | Emmerich, Roland; Centropolis Film; Carolco Pictures, Inc.; Studio Canal+ (US) |
| 311 | PAU003405681 | STARGATE: CONTINUUM | Wood, Martin; MGM GLOBAL HOLDINGS |
| 312 | PA0000943992 | STIGMATA | Wainwright, Rupert; FGM Entertainment; Metro-Goldwyn-Mayer Pictures, Inc. |
| 313 | PA0000357999 | STREET SMART | Golan, Menahem; Globus, Yoram; Schatzberg, Jerry; Cannon Group, Inc.; Cannon Films, Inc.; Cannon Internatioal, B.V. |
| 314 | PA0000959701 | SUPERNOVA | Lee, Thomas; Screenland Pictures; Hammerhead; Metro-Goldwyn-Mayer Pictures, Inc. |
| 315 | RE0000811635 | SUPPORT YOUR LOCAL GUNFIGHTER | Cherokee Productions; Brigade Productions, Inc. |
| 316 | RE0000730351 | SUPPORT YOUR LOCAL SHERIFF! | Metro-Goldwyn-Mayer, Inc. |

|     | Copyright No. | Title | Author of Work |
|-----|---------------|-------|----------------|
| 317 | RE0000464898 | TALES OF TERROR | Alta Vista Productions.; FP Productions; FP Production |
| 318 | PA0000270031 | TEEN WOLF (1985) | Levinson, Mark; Rosenfelt, Scott; Perkins, George; Daniel, Rod; Wolfkill Productions, Inc. |
| 319 | PA0000366925 | TEEN WOLF TOO | Atlantic Motion Pictures |
| 320 | PA0000241495 | TERMINATOR, THE | Hurd, Gale Anne; Cameron, James; Pacific Western; Cinema '84; Hemdale Film Corporation |
| 321 | RE0000288788 | TERROR IN A TEXAS TOWN | Seltzer Films, Inc. |
| 322 | PA0000538151 | THELMA & LOUISE | Main, Percy; Scott, Ridley; MGM-Pathe Communications Company; Pathe Entertainment, Inc. |
| 323 | PA0000100354 | THIEF | Michael Mann Company |
| 324 | PA0000939559 | THOMAS CROWN AFFAIR (1999), THE | McTiernan, John; Irish Dreamtime; Metro-Goldwyn-Mayer Pictures, Inc. |
| 325 | PA0000360070 | THROW MOMMA FROM THE TRAIN | Brezner, Larry; Johnson, Kristine; DeVito, Danny; Rollins, Morra & Brezner; Orion Pictures Corporation |
| 326 | RE0000864407 | THUNDERBOLT AND LIGHTFOOT | Malpaso Company; Malpaso Productions |
| 327 | PA0000821599 | TOMORROW NEVER DIES | Danjaq, LLC |
| 328 | PA0000170084 | TRAIL OF THE PINK PANTHER | Lakeline Productions, Ltd. & Amjo Productions, Ltd. |
| 329 | RE0000330645 | UNFORGIVEN, THE | James Productions, Inc. |
| 330 | RE0000783083 | VALDEZ IS COMING | Norland Productions, Inc.; IRA Steiner Productions, Inc.; Metro-Goldwyn-Mayer Studios, Inc. |
| 331 | PA0001613474 | VALKYRIE | UNITED ARTISTS PRODUCTION FINANCE LLC; Singer, Bryan |
| 332 | PA0000431878 | VAMPIRE'S KISS | Bierman, Robert; Magellan Pictures; Hemdale Film Corporation |
| 333 | PAU003742260 | WE'LL NEVER HAVE PARIS | Catalina Films, Inc; Paris Films, LLC |
| 334 | PA0001036311 | WHAT'S THE WORST THAT COULD HAPPEN? | Weisman, Sam; Turman-Morrissey Company;  Hyde Park Entertainment;  Metro-Goldwyn-Mayer Pictures, Inc. |

|     | Copyright No. | Title | Author of Work |
| --- | --- | --- | --- |
| 335 | PA0001233966 | WICKER PARK | McGuigan, Paul; Metro-Goldwyn-Mater Pictures, Inc.; Lakeshore Entertainment Corporation |
| 336 | PAU001900201 | WILD BILL | Babe, Thomas; Dexter, Pete; Wynn, Ned; Hill, Walter,1942-; United Artists Pictures, Inc.; Zanuck Company; MGM Development, Inc. |
| 337 | PA0001081622 | WINDTALKERS | Woo, John; Lion Rock; Metro-Goldwyn-Mayer Pictures, Inc. |
| 338 | PA0000361804 | WITCHBOARD | Geoffray, Gerald; Tenney, Kevin S.; Paragon Arts Partners, Ltd. |
| 339 | PA0000936471 | WORLD IS NOT ENOUGH, THE | Danjaq, LLC |
| 340 | RE0000712225 | YOU ONLY LIVE TWICE | Danjaq, SA; Danjaq, Inc.; United Artists Corporation |