Steven M. Goldberg (State Bar No. 82174)
sgoldberg@mzclaw.com
MARKUN ZUSMAN FRENIERE COMPTON LLP
3 Hutton Centre Dr., 9th Floor
Santa Ana, CA 92707
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

Evan R. Chesler (N.Y. Bar No. 1475722)
(*Pro hac vice* application forthcoming)
echesler@cravath.com
J. Wesley Earnhardt (N.Y. Bar No. 4331609)
(*Pro hac vice* application forthcoming)
wearnhardt@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff*
STARZ ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARZ ENTERTAINMENT, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>MGM DOMESTIC TELEVISION DISTRIBUTION LLC,<br><br>                Defendant. | Civil Action No.<br>2:20−cv−04085 DMG (KSx)<br><br>**NOTICE OF ERRATA AND CORRECTION RE: CASE NUMBER** |

STARZ ENTERTAINMENT, LLC'S
NOTICE OF ERRATA

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

**PLEASE TAKE NOTICE** that Plaintiff Starz Entertainment, LLC ("Plaintiff") respectfully submits this errata to its Complaint, which was filed on May 4, 2020, at Docket No. 1, its Certification and Notice of Interested Parties filed at Docket No. 4; and its Form AO-121 Report On The Filing Or Determination of An Action or Appeal Regarding A Copyright filed at Docket No. 5, in order to correct an inadvertent clerical error. The documents inadvertently listed incorrect case numbers in the caption block on the Complaint and Certification and Notice of Interested Parties, and on the Form AO-121. The correct case number should have been inserted as "2:20-cv-04085". The correct case number is reflected in the CM/ECF header at the top of each page in those filings.

Attached hereto as Exhibit A is a corrected version of the Complaint that includes the correct case number in the caption block and makes no other changes. Attached hereto as Exhibits B and C, respectively, are corrected copies of the Certification and Notice of Interested Parties and Form AO-121 Report On The Filing Or Determination of An Action or Appeal Regarding A Copyright, which include the correct case number.

Dated: May 6, 2020

Respectfully submitted,

*[signature]*

Steven M. Goldberg
sgoldberg@mzclaw.com
MARKUN ZUSMAN FRENIERE COMPTON LLP
3 Hutton Centre Dr., 9th Floor
Santa Ana, CA 92707
Telephone: (310) 454-5900

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Facsimile: (310) 454-5970

*Attorney for Plaintiff STARZ Entertainment, LLC*

STARZ ENTERTAINMENT, LLC'S NOTICE OF ERRATA — - 3 -