JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
MINAE YU, SBN 268814
  myu@gibsondunn.com
JONATHAN N. SOLEIMANI, SBN 295673
  jsoleimani@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

ORIN SNYDER (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

Attorneys for Defendant MGM DOMESTIC TELEVISION DISTRIBUTION LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STARZ ENTERTAINMENT, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>MGM DOMESTIC TELEVISION DISTRIBUTION LLC,<br><br>            Defendant. | CASE NO. 2:20-cv-04085-DMG-KS<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT MGM DOMESTIC TELEVISION DISTRIBUTION LLC'S MOTION TO DISMISS THE COMPLAINT**<br><br>Judge:             Hon. Dolly M. Gee<br>Hearing Date:  Sept. 11, 2020<br>Time:              9:30 am<br>Courtroom:     8C, 8th Floor<br>Trial Date:      Not set<br>Action Filed:   May 4, 2020 |

Defendant MGM Domestic Television Distribution LLC ("MGM") submits this Notice of Supplemental Authority to advise the Court of the August 27, 2020 order of the United States Court of Appeals for the Second Circuit in *Sohm v. Scholastic Inc.*, No. 18-2110 (2d Cir.), ECF No. 178, a copy of which is attached hereto as Exhibit A.

In its Memorandum of Law in Opposition to MGM's Motion to Dismiss the Complaint, Plaintiff Starz Entertainment, LLC ("Starz") characterized the decision in *Sohm v. Scholastic Inc.*, 959 F.3d 39 (2d Cir. 2020), as "a recent Second Circuit decision for which the plaintiffs have filed a petition for rehearing *en banc* that has not yet been ruled upon." Dkt. No. 35 at 21. On August 27, 2020, the Second Circuit **denied** the Appellants-Cross-Appellees' petition for panel rehearing, or, in the alternative, for rehearing *en banc*.

DATED: September 2, 2020         Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By:  /s/ *Jay P. Srinivasan*
                                                     JAY P. SRINIVASAN

                                                     Attorneys for Defendant
                                                     MGM DOMESTIC TELEVISION DISTRIBUTION LLC