# Exhibit A

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty.

_____

Joseph Sohm, Visions of America, LLC,

      Plaintiffs - Appellants - Cross Appellees,

v.

Scholastic Inc.,

      Defendant - Appellee - Cross Appellant.

_____

**ORDER**

Docket Nos: 18-2110 (Lead)
                18-2445 (XAP)

      Appellants-Cross-Appellees, Joseph Sohm and Visions of America, LLC, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

      IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk