UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order | Robert Zwillich | 2a. Contact Phone Number | 908-464-6235 | 3a. Contact E-mail Address | rzwillich@cravath.com |
| 1b. Attorney Name (if different) | J. Wesley Earnhardt | 2b. Attorney Phone Number | 212-474-1000 | 3b. Attorney E-mail Address | wearnhardt@cravath.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Cravath, Swaine & Moore LLP
Worldwide Plaza--825 Eighth Avenue
New York, NY 10019

| | |
|---|---|
| 5. Name & Role of Party Represented | Plaintiff, Starz Entereetainment, LLC |
| 6. Case Name | Starz Entertainment, LLC v. MGM Domestic Television Distribution LLC |
| 7a. District Court Case Number | 2:20-cv-04085 | 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☒ DIGITALLY RECORDED    ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal  ☒ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of page(s) for which transcript is requested, format(s), and delivery type:    *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary.  If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2021 | | K. Stevenson | Discovery Conference | ◉ | ○ | ○ | ○ | ○ | ○ | ◉ _____ | DAILY (Next day) ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |

(b. SELECT FORMAT(S) — *(CM/ECF access included with purchase of transcript.)*)
(c. *(Provide release date of efiled transcript, or check to certify none yet on file.)*)
(d. *30-day, 14-day, 7-day, 3-day, Daily, Hourly* — *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*)

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  9/22/2021      Signature  /s/ Wes Earnhardt

G-120 (06/18)