UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 20-4085-DMG (KSx)                                               Date: December 16, 2021

Title   *Starz Entertainment, LLC v. MGM Domestic Television Distribution, LLC*


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | ZOOM VTC- 12/16//2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
J. Wesley Earnhardt
Justin Clarke

Attorneys Present for Defendants:
Jagannathan P Srinivasan

**Proceedings:   MINUTES OF TELEPHONIC CONFERENCE RE:  DISCOVERY MANAGEMENT**

   Case called.  Counsel state their appearances. The Court held its regularly scheduled discovery status conference with the parties in this copyright and breach of contract action.  (*See* Dkt. Nos. 65, 72.)  After reviewing the parties' Joint Discovery Status Report (Dkt. No. 102), the Court notes the parties have made substantial  progress in resolving certain discovery disputes addressed at earlier discovery conferences.  Consequently, there are no current disputes that require judicial assistance.

   After further discussion, the parties will submit a Joint Status Report regarding discovery progress by **January 31, 2022 and a discovery status conference will be held on Wednesday, February 16, 2022 at 11:00 a.m. (Pacific)**.   The conference will be conducted remotely.  The Deputy Clerk will circulate the Zoom link to the participating parties.

   **IT IS SO ORDERED.**

|  | : 08 mins |
|---|---|
| **Initials of Preparer** | gr |