UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Jerry Riedl | 2a. Contact Phone Number: 212-474-4172 | 3a. Contact E-mail Address: jriedl@cravath.com |
| 1b. Attorney Name (if different): J. Wesley Earnhardt | 2b. Attorney Phone Number: 212-474-1138 | 3b. Attorney E-mail Address: wearnhardt@cravath.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

5. Name & Role of Party Represented: Starz Entertainment, LLC - Plaintiff

6. Case Name: Starz Entertainment, LLC v. MGM Domestic Television Distribution, LLC

7a. District Court Case Number: 20-cv-4085

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

9. THIS TRANSCRIPT ORDER IS FOR:   [ ] Appeal   [X] Non-Appeal      [ ] Criminal   [X] Civil      [ ] CJA   [ ] USA   [ ] FPD   [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/21 | 103 | KLS | Telephonic Conference re: Discovery Management | (●) | ○ | ○ | ○ | ○ | ○ | ____ | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 1/6/2022       Signature: /s/ J. Wesley Earnhardt

G-120 (06/18)